*Friday, March 25, 1994*
## MISCELLANEOUS DISMISSALS

**93–808.** Horner v. Toledo Hosp. *Lucas County,* No. L–91–417. This cause is pending before the court as an appeal and a cross-appeal from the Court of Appeals for Lucas County. Upon consideration of appellee/cross-appellant's application to dismiss her cross-appeal,

IT IS ORDERED by the court that the cross-appeal be, and the same is hereby, dismissed, effective March 23, 1994.

**93–1495.** Metcom Assoc. v. Limbach. Board of Tax Appeals, No. 89–H–933. This cause is pending before the court on appeal from the Board of Tax Appeals. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective March 23, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2475.** State ex rel. K–Mart Corp. v. Indus. Comm. *Franklin County,* No. 92AP–1373. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective March 23, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 30, 1994*
## MERIT DOCKET

**93–91.** State ex rel. Cohen v. State Teachers Retirement Sys. of Ohio. In Mandamus. On motion to adopt settlement agreed entry. The court having been advised that the parties have settled their differences, this cause is dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2403.** Dillon v. Russell. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2594.** State ex rel. Morrow v. Littlefield. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY, J., not participating.

**93–2607.** State ex rel. Miller v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–8.** Dillon v. Russell. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–57.** State ex rel. James v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–58.** State ex rel. Evans v. Court of Appeals, First Appellate Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., and PFEIFER, J., not participating.